IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

FILED

FEB 20 2025

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 5:25-CR-__4__ |
| V. | § | JUDGES SCHROEDER/BAXTER |
| | § | |
| HARLEY DEAN MOBLEY | § | **SEALED** |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**COUNT ONE**

Violation: 18 U.S.C. § 922(g)(9)
(Prohibited Person in Possession of a Firearm)

On or about December 17, 2024, in the Eastern District of Texas, the defendant, **Harley Dean Mobley**, did knowingly possess, in or affecting interstate or foreign commerce, a firearm, to wit: a Good Time Outdoors Core 15 .556 rifle, while knowing he had been convicted of a misdemeanor crime of domestic violence, specifically, Assault Causes Bodily Injury Family Violence, in the County Court at Law of Bowie County, Texas, in cause number 15M0137-CCL, on January 26, 2015,

In violation of 18 U.S.C. § 922(g)(9).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 924(d) & 28 U.S.C. § 2461

As the result of committing the foregoing offenses alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461:

**Firearm(s) and Ammunition**:

Any and all firearms, ammunition and accessories, including, but not limited to, the following:

1. a Good Time Outdoors Core 15 .556 rifle, bearing serial number GTOC067838;
2. Thirty-one (31) rounds of ammunition; and
3. One hundred and fifty-two (152) rounds of ammunition,

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

A TRUE BILL,

February 20, 2025
Date

RM
FOREPERSON OF THE GRAND JURY

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

Lauren Richards
LAUREN RICHARDS
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 5:25-CR-____ |
| V. | § | JUDGES SCHROEDER/BAXTER |
| | § | |
| HARLEY DEAN MOBLEY | § | |

**NOTICE OF PENALTY**

**COUNT ONE**

| | |
|---|---|
| Violation: | 18 U.S.C. § 922(g)(9) |
| Penalty: | Imprisonment for not more than 15 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years. |
| Special Assessment: | $100.00 |